UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

In Re: ) Case No. 09-54319-MSS
)
MILLER, BOB ) Chapter 7
)
         Debtor(s). ) Judge: Marilyn Shea-Stonum

## REPORT OF DISTRIBUTION

Marc P. Gertz, trustee of the estate of the above-named debtor(s), states that a Final Report has been approved for this estate and the Court has entered an Order for Payment of Fees and Expenses. Resurgent Capital Services returned funds noting the account "paid in full," therefore, a dividend to creditors pursuant to Federal Rule of Bankruptcy Procedure 3009 shall be paid as soon as practicable as follows:

| | |
|---|---:|
| AMOUNT AVAILABLE FOR DISTRIBUTION: | 6.35 |
| SUMMARY OF DISTRIBUTION: | |
| Chapter 7 Administrative Expenses: | 0.00 |
| Chapter 11 Administrative Expenses: | 0.00 |
| Domestic Support Obligations: | 0.00 |
| Priority Claims (507 [a] [4] - [a] [7]): | 0.00 |
| Secured Tax Liens: | 0.00 |
| Priority Tax Claims: | 0.00 |
| General Unsecured Claims: | 6.35 |
| Other: | 0.00 |
| TOTAL AMOUNT TO BE DISTRIBUTED: | 6.35 |

/s/ Marc P. Gertz
CASE TRUSTEE: MARC P. GERTZ

8/27/10
DATE

REVIEWED:
DANIEL M. MCDERMOTT
UNITED STATES TRUSTEE
REGION 9

By: /s/Lizette Montanez 9/10/10

FILED 2010 SEP 13 PM 1:59
US BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

PAYMENT OF GENERAL UNSECURED CLAIMS:
PERCENTAGE OF DIVIDEND IS: 0.0100%

| CLAIM #S | CLAIMANT | TYPE | AMT. CLAIM | AMT DIV. |
|---|---|---|---|---|
| | | | 12,235.80 | 1.51* |
| | | | 8,376.67 | 1.03* |
| | | | 1,000.92 | 0.12* |
| | | | 747.62 | 0.10* |
| | | | 17,434.98 | 2.14* |
| | | | 289.66 | 0.03* |
| | | | 11,583.04 | 1.42* |
| TOTAL UNSECURED CLAIMS | | | $51,668.69 | $6.35 |

* Paid to Clerk of Courts pursuant to Rule 3010

Ck # 1010
Receipt # 81765

| CL .# | CLAIMANT | AMT OF CLAIM | PAID TO DATE | AMT OF DIV. | TOTAL CLAIM DISBURSED |
|---|---|---|---|---|---|
| 1 | DISCOVER BANK | 12,235.80 | 295.28 | 1.51* | 296.79 |
| 3 | Chase Bank USA, N.A. | 8,376.67 | 202.15 | 1.03* | 203.18 |
| 4 | Chase Bank USA, N.A. | 289.66 | 6.99 | 0.03* | 7.02 |
| 5 | PYOD LLC its successors and assigns as assignee of | 11,583.04 | 279.53 | 1.42* | 280.95 |
| 6 | FIA CARD SERVICES, NA/BANK OF AMERICA | 747.62 | 18.04 | 0.10* | 18.14 |
| 7 | FIA CARD SERVICES, NA/BANK OF AMERICA | 17,434.98 | 420.75 | 2.14* | 422.89 |
| 8 | Recovery Management Systems Corporation | 1,000.92 | 24.16 | 0.12* | 24.28 |
| TOTAL UNSECURED CLAIMS | | $51,668.69 | $1,246.90 | $6.35 | $1,253.25 |